Jeff Carruth
Texas State Bar No. 24001846
REED & ELMQUIST, P.C.
604 Water Street
Waxahachie, TX 75165
(469) 483-0218
(972) 923-0430 (fax)

COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 08-34462-BJH-11 |
| JOHNSON CHAPEL COMMUNITY CHURCH, INC., | § | |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

### CERTIFICATE OF SERVICE OF SOLICITATION MATERIALS IN CONNECTION WITH DEBTOR'S PLAN OF REORGANIZATION

The undersigned hereby certifies that on June 29, 2009, the following documents, true and correct copies of which are attached hereto, were served by United States first class mail, postage prepaid, on those creditors on the attached service list:

1) Transmittal Memorandum of Debtor's counsel, dated June 29, 2009

2) Order Approving Debtor's Disclosure Statement, Setting Deadlines, and Setting Confirmation Hearing, entered June 29, 2009

3) Disclosure Statement Under 11 U.S.C. § 1125 in Support of Debtor's Plan of Reorganization, dated June 15, 2009

4) Debtor's Plan of Reorganization, dated June 15, 2009

5) Notice of Confirmation Hearing on Debtor's Plan of Reorganization

6) Ballot Regarding Debtor's Plan of Reorganization Dated June 15, 2009

Dated: July 2, 2009

    Respectfully submitted,

    **REED & ELMQUIST, P.C.**

    604 Water Street
    Waxahachie, TX 75165
    Telephone: (469) 483-0218
    Facsimile: (972) 923-0430
    *jcarruth@bcylawyers.com*

    By: /s/ Jeff Carruth
    Jeff Carruth
    Texas State Bar No. 24001846

    **COUNSEL FOR THE DEBTOR AND
    DEBTOR-IN-POSSESSION**

**Johnson Chapel Community Church**
Case No. 08-34462-bjh-11

Service List

| | | |
|---|---|---|
| All American Locksmith<br>1228 W. Scyene Road, Suite 103<br>Mesquite, TX 75149-2221 | | Eve Williams<br>1104 Shadow Wood Trail<br>Desoto, TX 75115-7405 |

American States Insurance Company
4333 Brooklyn Avenue NE
Seattle, WA 98185

AT&T Mobility
P.O. Box 650553
Dallas, TX 75265

Atmos Energy
P.O. Box 650505
Dallas, TX 75265-0205

Baptist Book Store
426 W, Jefferson Blvd.
Dallas, TX 75208

BMA Systems
1302 Brunner Ave.
Dallas, TX 75224

Chapel Crest Missionary Baptist Churc
2629 Morrell Avenue
Dallas, TX 75212

Christopher Spellman
2670 Stonelake Dr. Apt. 2028
Grand Prairie, TX 75050-0625

City of Desoto, Texas
211 E. Pleasant Run Rd.
Desoto, TX 75115

Deedra Walker
1210 Cabarnet Drive
Allen, TX 75002-0981

L.D. Dabney
1813 Richlen Way
Desoto, TX 75115

Niva Patel
1813 Richlen Way
Desoto, TX 75115

Reliant Energy
P.O. Box 3765
Houston, TX 77253-3765

Rucker Lawn Service
833 Tamerisk Drive
Lancaster, TX 75134

The Painted Lady
410 Gingerbread Lane
Waxahachie, TX 75165

Balboa Capital Corporation
2010 Main Street, 11th Floor
Irvine, CA 92614

David Childs Tax Assessor-Collector
500 Elm Street
Records Building
Dallas, TX 75202

Foundation Capital Resources
1661 North Boonville Ave. Ste. G
Springfield, MO 65803

Foundation Capital Resources
1661 North Boonville Ave. Ste. I
Springfield, MO 65803

Key Equipment Finance
11030 Circle Point Rd., 2nd Floor
Broomfield, CO 80020

Desoto Janitorial Supply
719 S I25 E. Sr.
Desoto, TX 75115

Donna Al-Mansour
2311 Salerno Drive
Dallas, TX 75224-2719

Duncan Disposal
1220 Dowdy Ferry Rd.
Hutchins, TX 75141

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

City of Desoto
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, I
2323 Bryan St., Ste 1600
Dallas, TX 75201

Dallas County
C/oLaurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

Desoto ISD
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

Richard J. Cinclair, Jr.
Thomas, Cinclair & Beuttenmuller, P.C
5335 Spring Valley Rd.
Dallas, TX 75254