Jeff Carruth
Texas State Bar No. 24001846
REED & ELMQUIST, P.C.
604 Water Street
Waxahachie, TX 75165
(469) 483-0218
(972) 923-0430 (fax)

COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 08-34462-BJH-11** |
| JOHNSON CHAPEL COMMUNITY | § | |
| CHURCH, INC., | § | **Chapter 11** |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S
## PLAN OF REORGANIZATION

1.      The Debtor's Plan of Reorganization dated June 15, 2009 (the "Plan") of Johnson

Chapel Community Church, Inc., was confirmed by order of the U.S. Bankruptcy Court entered

August 11, 2009 (the "Confirmation Order").

2.      The "Effective Date" of the Plan occurred on September 21, 2009.

3.      You are reminded of the following deadlines:

(a)      If the rejection of an executory contract or an unexpired lease of the

Debtor results in damages to any non-debtor party to such contract or lease, a Claim for

such damages shall be forever barred and shall not be enforceable unless a Proof of

Claim is filed with the Bankruptcy Court and served upon the Debtor no later than

**4:30 p.m. CT** on **October 21, 2009.**

(b)      **October 21, 2009** is fixed as the Administrative Bar Date, which is the

last day to file any and all motions or applications for payment of Administrative Claims

(as defined in the Plan) other than Fee Claims (defined below).  In the case of post-

petition Administrative Claims for state and local taxes, the submission of tax bills or invoices presented in the ordinary course to the Debtor shall suffice in lieu of a formal claim for Administrative Payment.

(c)     All final fee applications for Fee Claims of Professional Persons shall be filed on or before **October 21, 2009.**   (This applies only to Fee Claims where a Bankruptcy Court order approving a fee application is already required.)

4.     All documents that are filed with the Bankruptcy Court may be reviewed during regular business hours (9:00 a.m. to 4:30 p.m. weekdays, except legal holidays) at the Office of the Bankruptcy Court Clerk, 1100 Commerce Street, Room 1254, Dallas, Texas 75242.   The Confirmation Order, Plan and related documents are available upon written request to Reed & Elmquist, P.C., Attn.: Linda K. Paquette, 604 Water Street, Waxahachie, TX 75165, fax: (972) 923-0430, e-mail: lpaquette@bcylawyers.com.

Dated:  September 25, 2009          Respectfully submitted,

**REED & ELMQUIST, P.C.**

604 Water Street
Waxahachie, TX  75165
Telephone:  (469) 483-0218
Facsimile: (972) 923-0430
*jcarruth@bcylawyers.com*

By:   /s/ Jeff Carruth
  Jeff Carruth
  Texas State Bar No. 24001846

**COUNSEL FOR THE DEBTOR AND
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

This is to certify that, on September 25, 2009, a true and correct copy of the foregoing document has been served electronically upon all parties requesting ECF notification in this case.

/s/ Jeff Carruth
Jeff Carruth

**Johnson Chapel Community Church**
Case No. 08-34462-bjh-11

Service List

All American Locksmith
1228 W. Scyene Road, Suite 103
Mesquite, TX 75149-2221

Eve Williams
1104 Shadow Wood Trail
Desoto, TX 75115-7405

American States Insurance Company
4333 Brooklyn Avenue NE
Seattle, WA 98185

AT&T Mobility
P.O. Box 650553
Dallas, TX 75265

Atmos Energy
P.O. Box 650505
Dallas, TX 75265-0205

Baptist Book Store
426 W, Jefferson Blvd.
Dallas, TX 75208

BMA Systems
1302 Brunner Ave.
Dallas, TX 75224

Chapel Crest Missionary Baptist Churc
2629 Morrell Avenue
Dallas, TX 75212

Christopher Spellman
2670 Stonelake Dr. Apt. 2028
Grand Prairie, TX 75050-0625

City of Desoto, Texas
211 E. Pleasant Run Rd.
Desoto, TX 75115

Deedra Walker
1210 Cabarnet Drive
Allen, TX 75002-0981

L.D. Dabney
1813 Richlen Way
Desoto, TX 75115

Niva Patel
1813 Richlen Way
Desoto, TX 75115

Reliant Energy
P.O. Box 3765
Houston, TX 77253-3765

Rucker Lawn Service
833 Tamerisk Drive
Lancaster, TX 75134

The Painted Lady
410 Gingerbread Lane
Waxahachie, TX 75165

Balboa Capital Corporation
2010 Main Street, 11th Floor
Irvine, CA 92614

David Childs Tax Assessor-Collector
500 Elm Street
Records Building
Dallas, TX 75202

Foundation Capital Resources
1661 North Boonville Ave. Ste. G
Springfield, MO 65803

Foundation Capital Resources
1661 North Boonville Ave. Ste. I
Springfield, MO 65803

Key Equipment Finance
11030 Circle Point Rd., 2nd Floor
Broomfield, CO 80020

Desoto Janitorial Supply
719 S 125 E. Sr.
Desoto, TX 75115

Donna Al-Mansour
2311 Salerno Drive
Dallas, TX 75224-2719

Duncan Disposal
1220 Dowdy Ferry Rd.
Hutchins, TX 75141

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

City of Desoto
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, I
2323 Bryan St., Ste 1600
Dallas, TX 75201

Dallas County
C/oLaurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

Desoto ISD
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Ste 1600
Dallas, TX 75201

Mary Fran Durham
United States Trustee
1100 Commerce Street Room 976
Dallas, TX 75242-1496

Richard J. Cinclair, Jr.
Thomas, Cinclair & Beuttenmuller, P.C.
5335 Spring Valley Rd.
Dallas, TX 75254

Foundation Capital Resources, Inc.
c/o Richard J. Cinclair, Jr.
Thomas, Cinclair & Beuttenmuller, P.C.
5335 Spring Valley Rd.
Dallas, TX 75254

Johnson Chapel Community Church, In
1400 N. Hampton Rd.
Desoto, TX 75115

UST U.S. Trustee
1100 Commerce Street Room 976
Dallas, TX 75242-1011