U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 22, 2009**                                **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § § | Case No. 08-34462 |
| JOHNSON CHAPEL COMMUNITY § § CHURCH, INC., § § | Chapter 11 |
| Debtor. § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF REED & ELMQUIST, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION (DOCKET NO. 89)**

On November 25, 2009 came on for consideration the *First and Final Application of Reed & Elmquist, P.C. For Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtor and Debtor-In-Possession* (Docket No. 89) (the "Application") filed by Reed & Elmquist, P.C. (the "Applicant") for the Period of March 27, 2009 through September 21, 2009 (the "Application Period"); and after finding that appropriate notice has been given; and upon consideration of the record at the hearing on this matter; this Court holds that the request of

the Applicant for professional compensation for the Application Period is just, reasonable, necessary, and allowable on a final basis; it is therefore,

ORDERED that the Application of the Applicant and the relief requested therein hereby is GRANTED and ALLOWED as discussed on the record and as set forth herein; and it is further

ORDERED that the Applicant hereby is allowed, on a final basis, compensation of $11,260.00 for professional services and $1,147.88 for reimbursement of expenses totaling an allowed amount of $12,407.88 for the entire Application Period; and it is further

ORDERED that Applicant is authorized to draw all amounts held in trust for the Debtor as partial payment for its professional services and reimbursement of expenses; and it is further

ORDERED that the Reorganized Debtor hereby is authorized and directed to pay the Applicant all such sums that remain unpaid; and it is further

ORDERED that this is a final judicial determination of all issues that would prevent, limit, or represent a basis for reduction of the right to payment of the approved fees and expenses or the necessity, quality, or value of the work performed for reasonableness of the fees and expenses charged.

###END OF ORDER###