Jeff Carruth
 Texas State Bar No. 24001846
**REED & ELMQUIST, P.C.**
604 Water Street
Waxahachie, TX 75165
(469) 483-0218
(972) 923-0430 (fax)

ATTORNEYS FOR THE
REORGANIZED DEBTOR

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § § **JOHNSON CHAPEL COMMUNITY CHURCH, INC.,** §§§§§ **Debtor.** § § | **Case No. 08-34462** **Chapter 11** **HEARING SET:** **MARCH 3, 2010, 1:15 p.m.** |

### APPLICATION FOR FINAL DECREE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE BANKRUPTCY COURT, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, ON OR BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK. A COPY MUST BE SERVED UPON COUNSEL FOR THE TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.**

**IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED MAY BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT WITHOUT CONDUCTING A HEARING.**

Johnson Chapel Community Church, Inc., Reorganized Debtor (the "Reorganized Debtor"), files this *Application for Final Decree* (the "Application") seeking the entry of a final decree and closure of this case, and in support thereof would show the following.

1. On September 2, 2008, the Reorganized Debtor commenced this case by filing its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

2. An order confirming the Debtor's Chapter 11 plan of reorganization was entered on August 11, 2009 (Docket No. 76).

3. The effective date of the Plan occurred on September 21, 2009.

4. The Reorganized Debtor has fully administered the Plan and taken all steps required of it to date. The Debtor has commenced distributions to creditors in accordance with the Plan and to date is in compliance with the Plan.

5. No claim objections nor similar matters require further attention by the Court.

WHEREFORE, Johnson Chapel Community Church, Inc., Reorganized Debtor, respectfully requests that the Court enter a final decree and close this case, and grant the Debtor such other and further relief to which the Debtor may be entitled at law or in equity.

Dated:  February 8, 2010

    Respectfully submitted,

**REED & ELMQUIST, P.C.**

604 Water Street
Waxahachie, TX  75165
Telephone:  (469) 483-0218
Facsimile: (972) 923-0430
*jcarruth@bcylawyers.com*


By:    /s/ Jeff Carruth
 Jeff Carruth
 Texas State Bar No. 24001846

**COUNSEL FOR THE REORGANIZED DEBTOR**


### CERTIFICATE OF SERVICE

    This is to certify that, on February 8, 2010, a true and correct copy of the foregoing document has been served by (*i*) ECF notification upon (a) the United States Trustee and (b) parties requesting notice in the above-captioned case(s) and (*ii*) first class mail, postage prepaid, upon the Debtor's twenty largest unsecured creditors.

    /s/ Jeff Carruth
    Jeff Carruth