Jeff Carruth
 Texas State Bar No. 24001846
**REED & ELMQUIST, P.C.**
604 Water Street
Waxahachie, TX 75165
(469) 483-0218
(972) 923-0430 (fax)

ATTORNEYS FOR THE
REORGANIZED DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO. 08-34462-BJH-11** |
| JOHNSON CHAPEL COMMUNITY CHURCH, INC., | § § § | **Chapter 11** |
| Debtor. | § § § | **Hearing Set:** **March 3, 2010 at 1:15 p.m.** |

### NOTICE OF HEARING REGARDING APPLICATION FOR FINAL DECREE

PLEASE TAKE NOTICE that a hearing on the *Application for Final Decree* (Docket No. 103) filed by Johnson Chapel Community Church, Inc., Reorganized Debtor, has been set for **March 3, 2010 at 1:15 p.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas.

Dated: February 8, 2010

    Respectfully submitted,

    **REED & ELMQUIST, P.C.**

    604 Water Street
    Waxahachie, TX  75165
    Telephone:  (469) 483-0218
    Facsimile: (972) 923-0430
    *jcarruth@bcylawyers.com*

    By:   /s/ Jeff Carruth
     Jeff Carruth
     Texas State Bar No. 24001846

    **COUNSEL FOR THE REORGANIZED DEBTOR**

## **CERTIFICATE OF SERVICE**

This is to certify that, on February 8, 2010, a true and correct copy of the foregoing document has been served by (*i*) ECF notification upon (a) the United States Trustee and (b) parties requesting notice in the above-captioned case(s) and (*ii*) first class mail, postage prepaid, upon the Debtor's twenty largest unsecured creditors.

                                                          /s/ Jeff Carruth
                                                          Jeff Carruth